■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR A. WILLIAMS, Appellant. [977 NYS2d 889]—

Defendant's challenge to the imposition of the mandatory surcharge should be raised in the sentencing court by way of a motion for resentencing at the end of a defendant's incarceration (*People v Bradley*, 249 AD2d 103 [1st Dept 1998], *lv denied* 92 NY2d 923 [1998]). Consequently, defendant's arguments to this Court are premature. Concur—Gonzalez, P.J., Tom, Renwick, Manzanet-Daniels and Feinman, JJ.